UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYNIDA LEANN LOPEZ DE PAZ,

              Plaintiff,

    - against -

EXPERIAN INFORMATION SOLUTIONS, INC. D/B/A EXPERIAN,

              Defendant.

25-cv-2180 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 8, 2025.

SO ORDERED.

Dated:    New York, New York
          March 25, 2025

                                        John G. Koeltl
                              United States District Judge