UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNIDA LEANN LOPEZ DE PAZ,

    Plaintiff,

 - against -

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

25-cv-2180 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

 As discussed on the telephone conference held today, the motion to strike affirmative defenses is due **May 9, 2025**. The defendant's response is due **May 23, 2025**. The plaintiff's reply is due **June 2, 2025**.

 The motion to transfer venue is due **May 9, 2025**. The plaintiff's response is due **May 23, 2025**. The defendant's reply is due **June 2, 2025**.

SO ORDERED.

Dated: New York, New York
   April 17, 2025

            _____
            John G. Koeltl
           United States District Judge