UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNIDA LEANN LOPEZ DE PAZ, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC. d/b/a EXPERIAN, <br><br> Defendant. | No. 1:25-cv-2180 <br><br> Judge John G. Koeltl |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
<u>NOTICE OF MOTION TO TRANSFER VENUE</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Transfer Venue and Declaration of Karl B. Colbary In Support of Experian's Motion to Transfer, Defendant Experian, by and through undersigned counsel, will move before the Honorable John G. Koeltl, Judge of the United States District Court, Southern District of New York, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl St, New York, NY 10007, on a date and time designated by the Court, for an Order pursuant to 28 U.S.C. § 1404(a) transferring this case to the Middle District of Florida, and granting such other and further relief as the Court may deem just and proper.

Dated:  May 9, 2025                                  Respectfully submitted,

                                                     */s/ Karl B. Colbary*
                                                     _____

                                                     Karl B. Colbary
                                                     JONES DAY
                                                     250 Vesey Street
                                                     New York, NY 10281
                                                     (212) 326-3663
                                                     kcolbary@jonesday.com
                                                     *Attorneys for Defendant*
                                                     *Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2025, I caused the foregoing document to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Karl B. Colbary*
Karl B. Colbary
