UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNIDA LEANN LOPEZ DE PAZ,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC. dba EXPERIAN;<br><br>                                    Defendants. | Case No. 1:25-cv-2180 (JGK) |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE
SETTLEMENT AGREEMENT**

Filed by:

Dated: New York, New York
          May 11, 2025

s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
TRIAL LAWYERS
745 Fifth Avenue, Suite 500
New York, New York 10151-0099
Telephone: (646) 450-9461
Email: brian@brianponder.com
ATTORNEY FOR PLAINTIFF

1

**TABLE OF CONTENTS**

**Section Title**

I.          Introduction…………………………………………..……………………………...4

II.         Statement of Facts……………………..…………………………………………....4

III.        Legal Standard……………………………………………………………………..4

IV.A       The May 7–8 Emails Created a Binding Contract……………………………………4-5

IV.B       Experian's Attempt to Revoke After Acceptance Fails…………………………………5

V.          Rule 408(b) Statement……………………………………………………………..5

VI.         Conclusion………………………………………………………………………....5

## TABLE OF AUTHORITIES

**Cases**

- *Ciaramella v. Reader's Digest Ass'n*, 131 F.3d 320 (2d Cir. 1997)………………………4

- *Hostcentric Techs., Inc. v. Republic Thunderbolt, LLC*, 2005 WL 1377853 (S.D.N.Y. June 9, 2005) ……………………………………………………....………………4

**Rules**

- Fed. R. Evid. 408(b)……………………………………………………………………….5

- Restatement (Second) of Contracts §§ 17, 22…………………………………………...5

**MEMORANDUM OF LAW**

## I. INTRODUCTION

Plaintiff Synida Leann Lopez de Paz ("Plaintiff" or "Ms. Lopez de Paz") respectfully requests that the Court enforce a binding settlement agreement entered into with Defendant Experian Information Solutions, Inc. ("Defendant" or "Experian") via email on May 7–8, 2025. The terms were simple: $8,000 in payment and deletion of two tradelines. Plaintiff accepted the offer unequivocally in writing, performed by sending a W-9, and requested follow-up details. Under SDNY precedent, these facts establish a binding agreement.

## II. STATEMENT OF FACTS

On May 7, 2025, Experian's counsel sent an email offering $8,000 and deletion of two accounts. On May 8, 2025, Plaintiff's counsel responded: "The offer as presented is accepted." A completed W-9 was sent and performance commenced. On May 9, Experian attempted to retract the agreement. The relevant email chain is attached as Exhibit A.

## III. LEGAL STANDARD

A contract is formed where there is mutual assent to essential terms and no condition precedent of formal execution. ***Hostcentric Techs., Inc. v. Republic Thunderbolt, LLC***, 2005 WL 1377853, at 5 (S.D.N.Y. June 9, 2005). Email exchanges are enforceable where parties do not explicitly require execution of a written document. *Id.*

By contrast, in ***Ciaramella v. Reader's Digest Ass'n***, 131 F.3d 320, 322 (2d Cir. 1997), enforcement was denied only because both parties expressly conditioned agreement on a signed release — not present here.

## IV. ARGUMENT

### A. The May 7–8 Emails Created a Binding Contract

4

Experian offered payment and deletion. Plaintiff accepted the offer verbatim. A completed W-9 was sent. All material terms were agreed upon. There is no evidence that a signed document was a prerequisite. *See Hostcentric*, 2005 WL 1377853, at *5–7*.

**B. Experian's Attempt to Revoke After Acceptance Fails**

Experian's May 9 retraction—based on internal misunderstanding—is legally ineffective. The Restatement confirms that a contract is formed upon acceptance unless the offer is revoked **before** acceptance. **Restatement (Second) of Contracts §§ 17, 22**.

**V. RULE 408(b) STATEMENT**

The attached communications are offered solely to establish the existence and terms of the agreement, not to prove liability or damages. *See* **Fed. R. Evid. 408(b)**.

**VI. CONCLUSION**

Considering the foregoing, Plaintiff respectfully requests that the Court:

1. Enforce the May 7–8, 2025 settlement agreement;

2. Order Experian to pay $8,000 and delete the tradelines at issue;

3. Require the parties to file a stipulation of dismissal within 7 days of performance;

4. Grant such other and further relief as the Court deems just and proper.

                                        Respectfully submitted,

Dated:  New York, New York            s/ Brian L. Ponder
        May 11, 2025                   Brian L. Ponder, Esq. (BP0696)
                                       BRIAN PONDER LLP
                                       TRIAL LAWYERS
                                       745 Fifth Avenue, Suite 500
                                       New York, New York 10151-0099
                                       Telephone: (646) 450-9461
                                       Email: brian@brianponder.com
                                       ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule III.D of Judge Koeltl's Individual Practices, I certify that this memorandum of law contains **413 words**, excluding the cover page, table of contents, table of authorities, and this certification. I further certify that the brief complies with the formatting requirements set forth in the Court's rules.

Respectfully submitted,

Dated: New York, New York
   May 11, 2025

s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
TRIAL LAWYERS
745 Fifth Avenue, Suite 500
New York, New York 10151-0099
Telephone: (646) 450-9461
Email: brian@brianponder.com
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNIDA LEANN LOPEZ DE PAZ,<br><br>                                    Plaintiff,<br><br><br>                    v.<br><br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC. dba EXPERIAN;<br><br><br>                                    Defendants. | <br><br><br><br>Case No. 1:25-cv-2180 (JGK)<br><br>**CERTIFICATE OF SERVICE** |

I certify that a copy of the foregoing was duly served upon all parties via CM/ECF.

                            Respectfully submitted,

Dated: New York, New York                    s/ Brian L. Ponder
           May 11, 2025                              Brian L. Ponder, Esq. (BP0696)
                                                              BRIAN PONDER LLP
                                                              TRIAL LAWYERS
                                                              745 Fifth Avenue, Suite 500
                                                              New York, New York 10151-0099
                                                              Telephone: (646) 450-9461
                                                              Email: brian@brianponder.com
                                                              ATTORNEY FOR PLAINTIFF