UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYNIDA LEANN LOPEZ DE PAZ,

        Plaintiff,

  - against -

EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendant.

25-cv-2180 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff has filed a motion to enforce a settlement agreement. ECF No. 32. The defendant should respond by **May 27, 2025**. The plaintiff may reply by **June 6, 2025**.

SO ORDERED.

Dated:  New York, New York
       May 12, 2025

                                              John G. Koeltl
                                      United States District Judge