**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**SYNIDA LEANN LOPEZ DE PAZ,**

            **Plaintiff,**

    - against –

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

            **Defendant.**
————————————————————————

**25-cv-2180 (JGK)**

<u>**ORDER**</u>

**JOHN G. KOELTL, District Judge:**

    The plaintiff's request to stay all deadlines and hearings, including the settlement conference scheduled before Magistrate Judge Moses, is **denied**.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **May 13, 2025**

                                         /s/John G. Koeltl
                                         **John G. Koeltl**
                             **United States District Judge**