```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

SYNIDA LEANN LOPEZ DE PAZ,

            Plaintiff,

   - against -

EXPERIAN INFORMATION SOLUTIONS, INC.,

            Defendant.

25-cv-2180 (JGK)

ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiff's motion for leave to file her opposition to the defendant's motion to transfer venue out of time is **granted**. The defendant's time to file a reply in further support of the motion to transfer is extended to **June 6, 2025**.

    The defendant's motion to transfer venue (ECF No. 29) remains pending. Accordingly, the plaintiff's request to deny as frivolous the defendant's motion to transfer venue is **denied without prejudice**. The plaintiff's request for sanctions against the defendant for costs and attorney's fees incurred in connection with the motion to transfer is also **denied without prejudice**.

    The Clerk is respectfully directed to close ECF No. 41.

SO ORDERED.

Dated:   New York, New York
          May 29, 2025

                                              _____
                                                  John G. Koeltl
                                            United States District Judge