UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYNIDA LEANN LOPEZ DE PAZ,

            Plaintiff,

- against -

EXPERIAN INFORMATION SOLUTIONS, INC.,

            Defendant.

25-cv-2180 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for settlement enforcement (ECF No. 32).

SO ORDERED.

Dated:    New York, New York
           June 9, 2025

                                          John G. Koeltl
                                    United States District Judge