UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYNIDA LEANN LOPEZ DE PAZ,

                    Plaintiff,

          - against -

EXPERIAN INFORMATION SOLUTIONS,
INC.,

                    Defendant.

---

25-cv-2180 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

This case is stayed pending a decision on the Motion to Transfer Venue, ECF 29, and the Motion to Enforce Settlement Agreement, ECF 32.

SO ORDERED.

Dated:    New York, New York
          September 3, 2025

                              John G. Koeltl
                    United States District Judge